**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BOYER, JAMES § Case No. 14-03887
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 07, 2014. The undersigned trustee was appointed on February 07, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        15,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 76.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 14,924.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 06/16/2014 and the deadline for filing governmental claims was 08/06/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,449.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,449.37, for a total compensation of $1,449.37.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2014          By: /s/RICHARD M. FOGEL
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-03887  
**Case Name:** BOYER, JAMES

**Period Ending:** 09/08/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/07/14 (f)  
**§341(a) Meeting Date:** 03/11/14  
**Claims Bar Date:** 06/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 2 | Household goods audio, video, and computer<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Wearing apparel<br>Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 4 | 1998 Town and Country minivan<br>Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | FA |
| 5 | Inheritance- Jeanne Watts estate (u) (u) (See Footnote) | 0.00 | Unknown | | 15,000.00 | FA |
| 5 Assets | **Totals** (Excluding unknown values) | **$2,250.00** | **$2,250.00** | | **$15,000.00** | **$0.00** |

RE PROP# 5   Trustee contacted by debtor's ex-spouse. Settlement with debtor's sister approved per o/c 4-22-14

**Major Activities Affecting Case Closing:**

Trustee is seeking court approval of settlement with debtor's sister to monetize debtor's claim against probate estate.
Claims bar date is Aug 6

**Initial Projected Date Of Final Report (TFR):** June 30, 2015   **Current Projected Date Of Final Report (TFR):** December 31, 2014

Printed: 09/08/2014 11:35 AM   V.13.15

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-03887  
**Case Name:** BOYER, JAMES  

**Taxpayer ID #:** **-***6393  
**Period Ending:** 09/08/14  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/14 | {5} | JANICE BOYER FREUND | Settlement of probate claim per o/c 4-22-14 | 1249-000 | 15,000.00 | | 15,000.00 |
| 04/24/14 | {5} | JANICE BOYER FREUND | Reversed Deposit 100001 1 Settlement of probate claim per o/c 4-22-14 | 1249-000 | -15,000.00 | | 0.00 |
| 04/29/14 | {5} | JANICE BOYER FREUND | Settlement of probate claim per o/c 4-22-14 | 1249-000 | 15,000.00 | | 15,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.55 | 14,968.45 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.81 | 14,947.64 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.64 | 14,924.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 76.00 | **$14,924.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 76.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$76.00** | |

Net Receipts : 15,000.00  
——————  
Net Estate : $15,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7466** | 15,000.00 | 76.00 | 14,924.00 |
| | $15,000.00 | $76.00 | $14,924.00 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 16, 2014

**Case Number:** 14-03887  
**Debtor Name:** BOYER, JAMES

Page: 1

**Date:** September 8, 2014  
**Time:** 11:35:59 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 6993.71] | $1,449.37 | $0.00 | 1,449.37 |
| NOTFILED 505 | Illinois Department Of Revenue<br><br>Springfield, IL 62726-0001 | Priority | | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $782.83 | $0.00 | 782.83 |
| 2 610 | Cash Now Loans<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Rd<br>Highland Park, IL 60035 | Unsecured | | $1,550.67 | $0.00 | 1,550.67 |
| 3 610 | Sheryl Wechert<br>1174 Sweetwater Ridge<br>Lake In The Hills, IL 60156 | Unsecured | | $3,131.59 | $0.00 | 3,131.59 |
| NOTFILED 610 | Illinois Department Of Revenue<br><br>Springfield, IL 62726-0001 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Advocate Good Shepherd Hospital<br>450 West Highway 22<br>Barrington, IL 60010 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Advocate Medical Group<br>701 Lee St<br>Des Plaines, IL 60016 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Alexian Brothers Medical Group<br>Pobox 843147<br>Boston, MA 02284 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Best Practices Inpatient Care<br>P.O. Box 268<br>Lake Zurich, IL 60047-0268 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gregory Lafin<br>1415 Carmel Lane<br>Cary, Il | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Medical Business Bureau<br>Pobox 1219<br>Park Ridge, IL 60068 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Medical Recovery Specialists<br>2250 E. Devon Ave, Suite 352<br>Des Plaines, IL 60018 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midwest Diagnostic Pathology<br>75 Remittance Dr, Suite 3070<br>Chicago, IL 60675 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 16, 2014

**Case Number:** 14-03887
**Debtor Name:** BOYER, JAMES

Page: 2

**Date:** September 8, 2014
**Time:** 11:35:59 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Oac<br>Pobox 371100<br>Milwaukee, WI 53237 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Optimum Outcomes<br>Pobox 660943<br>Dallas, TX 75266-0943 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Palatine Heart Center<br>360 Station Drive, Suite 120<br>Crystal Lake, IL 60014 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Russell Fitton C/O Mages And Price<br>707 Lake Cook Road, 314<br>Deerfield, IL 60015 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Shahid Ilahi<br>22285 N. Pepper Road, Suite 303<br>Lake Barrington, IL 60010 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Tri County Emergency Physician<br>Po Box 98<br>Barrington, IL 60011 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wellington Radiology Group<br>44000 Garfield Road<br>Clinton Township, MI 48038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 1I 640 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.47 | $0.00 | 0.47 |
| 2I 640 | Cash Now Loans<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Rd<br>Highland Park, IL 60035 | Unsecured | | $0.92 | $0.00 | 0.92 |
| 3I 640 | Sheryl Wechert<br>1174 Sweetwater Ridge<br>Lake In The Hills, IL 60156 | Unsecured | | $1.86 | $0.00 | 1.86 |
| SURPLUS 650 | BOYER, JAMES<br>550 E. MAIN STREET, UNIT F<br>BARRINGTON, IL 60010 | Unsecured | | $8,006.29 | $0.00 | 8,006.29 |
| **<< Totals >>** | | | | 14,924.00 | 0.00 | 14,924.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-03887
Case Name: BOYER, JAMES
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 14,924.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,924.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,449.37 | 0.00 | 1,449.37 |

Total to be paid for chapter 7 administration expenses: $ 1,449.37
Remaining balance: $ 13,474.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,474.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,474.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 5,465.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 782.83 | 0.00 | 782.83 |
| 2 | Cash Now Loans | 1,550.67 | 0.00 | 1,550.67 |
| 3 | Sheryl Wechert | 3,131.59 | 0.00 | 3,131.59 |

|  | Total to be paid for timely general unsecured claims: | $ | 5,465.09 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,009.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,009.54 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,009.54 |

**UST Form 101-7-TFR (05/1/2011)**

     To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $3.25.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $8,006.29.

**UST Form 101-7-TFR (05/1/2011)**