UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-03887 |
| | ) | |
| BOYER, JAMES | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on October 7, 2014 in Courtroom 615**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: September 8, 2014                    By: /s/ Richard M. Fogel
                                                                Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: BOYER, JAMES | § | Case No. 14-03887 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 76.00 |
| *leaving a balance on hand of* [1] | $ 14,924.00 |

**Balance on hand:**        $ 14,924.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 14,924.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,449.37 | 0.00 | 1,449.37 |

Total to be paid for chapter 7 administration expenses:   $ 1,449.37
Remaining balance:   $ 13,474.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 13,474.63

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $  0.00
Remaining balance:  $  13,474.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,465.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 782.83 | 0.00 | 782.83 |
| 2 | Cash Now Loans | 1,550.67 | 0.00 | 1,550.67 |
| 3 | Sheryl Wechert | 3,131.59 | 0.00 | 3,131.59 |

Total to be paid for timely general unsecured claims:  $  5,465.09
Remaining balance:  $  8,009.54

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  8,009.54

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 8,009.54

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3.25. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,006.29.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 14-03887-JSB
James Boyer                                                         Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: ahamilton             Page 1 of 1              Date Rcvd: Sep 09, 2014
                             Form ID: pdf006             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2014.
```
db         +James Boyer,    550 E. Main Street, 2F,    Barrington, IL 60010-3367
21501595   +Advocate Good Shepherd Hospital,    450 West Highway 22,    Barrington, IL 60010-1999
21501596   +Advocate Medical Group,    701 Lee St,   Des Plaines, IL 60016-4539
21501597   +Alexian Brothers Medical Group,    Pobox 843147,   Boston, MA 02284-3147
21501598    Best Practices Inpatient Care,    P.O. Box 268,   Lake Zurich, IL  60047-0268
21501593   +Boyer James,    550 E Main Street 2F,    Barrington, IL 60010-3367
21501599   +Cash Now Loans,    C/O David Axelrod,    1448 Old Skokie Road,    Highland Park, IL 60035-3040
21711062   +Cash Now Loans,    c/o David J. Axelrod & Associates,    1448 Old Skokie Rd,
             Highland Park IL 60035-3040
21501600   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
             CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department Of Revenue,    Springfield, IL  62726-0001)
21501594   +Law Offices of James M Kelly,    119 N Northwest Highway,    Palatine, IL 60067-5324
21501602   +Medical Business Bureau,    Pobox 1219,   Park Ridge, IL 60068-7219
21501604   +Midwest Diagnostic Pathology,    75 Remittance Dr, Suite 3070,    Chicago, IL 60675-3070
21501605   #+Oac,   Pobox 371100,    Milwaukee, WI 53237-2200
21501606    Optimum Outcomes,    Pobox 660943,   Dallas, TX  75266-0943
21501607   +Palatine Heart Center,    360 Station Drive, Suite 120,    Crystal Lake, IL 60014-7994
21501608   +Russell Fitton,    C/O Mages And Price,    707 Lake Cook Road, 314,    Deerfield, IL 60015-4933
21501609   +Shahid Ilahi,    22285 N. Pepper Road, Suite 303,    Lake Barrington, IL 60010-2541
21501610   +Sheryl Wechert,    1174 Sweetwater Ridge,    Lake In The Hills, IL 60156-4855
21501611   +Tri County Emergency Physician,    Po Box 98,   Barrington, IL 60011-0098
21501612   +Wellington Radiology Group,    44000 Garfield Road,    Clinton Township, MI 48038-1125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21699001       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2014 01:50:05
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
21501601      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2014 01:46:13      Mcm,    Dept 12421,   Pobox 603,
               Oaks, PA 19456-0603
21501603      +Fax: 847-227-2151 Sep 10 2014 02:18:13      Medical Recovery Specialists,
               2250 E. Devon Ave, Suite 352,    Des Plaines, IL 60018-4519
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2014 at the address(es) listed below:
              James M Kelly    on behalf of Debtor James  Boyer jkellylaw94@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                              TOTAL: 4
```