**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BOYER, JAMES                              § Case No. 14-03887
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,250.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $5,468.34 | Claims Discharged Without Payment: $7,897.00 |
| Total Expenses of Administration: $1,525.37 | |

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,006.29 (see **Exhibit 2**), yielded net receipts of $6,993.71 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,525.37 | 1,525.37 | 1,525.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 340.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,492.00 | 5,468.34 | 5,468.34 | 5,468.34 |
| **TOTAL DISBURSEMENTS** | $11,832.00 | $6,993.71 | $6,993.71 | $6,993.71 |

4) This case was originally filed under Chapter 7 on February 07, 2014. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2014          By: /s/RICHARD M. FOGEL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance- Jeanne Watts estate (u) | 1249-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JANICE FREUND | 100.00% dividend on Claim # SURPLUS, payable to Janice Freund per o/c 4-23-14 [Dkt No. 19] | 8200-002 | 8,006.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,006.29** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,449.37 | 1,449.37 | 1,449.37 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.55 | 21.55 | 21.55 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 20.81 | 20.81 | 20.81 |
| Rabobank, N.A. | 2600-000 | | N/A | 23.64 | 23.64 | 23.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,525.37 | $1,525.37 | $1,525.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department Of Revenue | 5200-000 | 340.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $340.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 780.00 | 782.83 | 782.83 | 782.83 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 0.47 | 0.47 | 0.47 |
| 2 | Cash Now Loans | 7100-000 | 455.00 | 1,550.67 | 1,550.67 | 1,550.67 |
| 2I | Cash Now Loans | 7990-000 | N/A | 0.92 | 0.92 | 0.92 |
| 3 | Sheryl Wechert | 7100-000 | 2,700.00 | 3,131.59 | 3,131.59 | 3,131.59 |
| 3I | Sheryl Wechert | 7990-000 | N/A | 1.86 | 1.86 | 1.86 |
| NOTFILED | Optimum Outcomes | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Oac | 7100-000 | 789.00 | N/A | N/A | 0.00 |
| NOTFILED | Palatine Heart Center | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri County Emergency Physician | 7100-000 | 613.00 | N/A | N/A | 0.00 |
| NOTFILED | Russell Fitton C/O Mages And Price | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group | 7100-000 | 400.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Shahid Ilahi | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists | 7100-000 | 790.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department Of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Gregory Lafin | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Practices Inpatient Care | 7100-000 | 480.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Group | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$11,492.00** | **$5,468.34** | **$5,468.34** | **$5,468.34** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-03887  
**Case Name:** BOYER, JAMES  

**Period Ending:** 11/07/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/07/14 (f)  
**§341(a) Meeting Date:** 03/11/14  
**Claims Bar Date:** 06/16/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash  Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 2 | Household goods audio, video, and computer  Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Wearing apparel  Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 4 | 1998 Town and Country minivan  Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | FA |
| 5 | Inheritance- Jeanne Watts estate (u) (u) (See Footnote) | 0.00 | Unknown | | 15,000.00 | FA |
| 5 | **Assets Totals** (Excluding unknown values) | **$2,250.00** | **$2,250.00** | | **$15,000.00** | **$0.00** |

RE PROP# 5   Trustee contacted by debtor's ex-spouse. Settlement with debtor's sister approved per o/c 4-22-14

**Major Activities Affecting Case Closing:**

Trustee is seeking court approval of settlement with debtor's sister to monetize debtor's claim against probate estate.

Claims bar date is Aug 6

**Initial Projected Date Of Final Report (TFR):** June 30, 2015    **Current Projected Date Of Final Report (TFR):** September 8, 2014  (Actual)

Printed: 11/07/2014 07:43 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-03887 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | BOYER, JAMES | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7466 - Checking Account |
| Taxpayer ID #: | **-***6393 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/24/14 | {5} | JANICE BOYER FREUND | Settlement of probate claim per o/c 4-22-14 | 1249-000 | 15,000.00 | | 15,000.00 |
| 04/24/14 | {5} | JANICE BOYER FREUND | Reversed Deposit 100001 1 Settlement of probate claim per o/c 4-22-14 | 1249-000 | -15,000.00 | | 0.00 |
| 04/29/14 | {5} | JANICE BOYER FREUND | Settlement of probate claim per o/c 4-22-14 | 1249-000 | 15,000.00 | | 15,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.55 | 14,968.45 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.81 | 14,947.64 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.64 | 14,924.00 |
| 10/07/14 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,449.37, Trustee Compensation; Reference: | 2100-000 | | 1,449.37 | 13,474.63 |
| 10/07/14 | 102 | JANICE FREUND | 100.00% dividend on Claim # SURPLUS, payable to Janice Freund per o/c 4-23-14 [Dkt No. 19] | 8200-002 | | 8,006.29 | 5,468.34 |
| 10/07/14 | 103 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | 783.30 | 4,685.04 |
| | | | Dividend paid 100.00% on $782.83; Claim# 1; Filed: $782.83 | 782.83 | 7100-000 | | 4,685.04 |
| | | | Dividend paid 100.00% on $0.47; Claim# 1I; Filed: $0.47 | 0.47 | 7990-000 | | 4,685.04 |
| 10/07/14 | 104 | Cash Now Loans | Combined Check for Claims#2,2I | | | 1,551.59 | 3,133.45 |
| | | | Dividend paid 100.00% on $1,550.67; Claim# 2; Filed: $1,550.67 | 1,550.67 | 7100-000 | | 3,133.45 |
| | | | Dividend paid 100.00% on $0.92; Claim# 2I; Filed: $0.92 | 0.92 | 7990-000 | | 3,133.45 |
| 10/07/14 | 105 | Sheryl Wechert | Combined Check for Claims#3,3I | | | 3,133.45 | 0.00 |
| | | | Dividend paid 100.00% on $3,131.59; Claim# 3; Filed: $3,131.59 | 3,131.59 | 7100-000 | | 0.00 |
| | | | Dividend paid 100.00% on $1.86; Claim# 3I; Filed: $1.86 | 1.86 | 7990-000 | | 0.00 |

Subtotals :    $15,000.00    $15,000.00

{} Asset reference(s)    Printed: 11/07/2014 07:43 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-03887 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | BOYER, JAMES | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7466 - Checking Account |
| Taxpayer ID #: | **-***6393 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 8,006.29 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$6,993.71** | |

```
         Net Receipts :        15,000.00
 Less Payments to Debtor :      8,006.29
                          _____
              Net Estate :     $6,993.71
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7466** | 15,000.00 | 6,993.71 | 0.00 |
| | **$15,000.00** | **$6,993.71** | **$0.00** |